■
**PHILADELPHIA DRESS JOINT BOARD, an Unincorporated Association by William Ross, Trustee Ad Litem, Affiliated with the International Ladies' Garment Workers' Union,**

v.

**Jesse J. ROSINSKY, Individually and Trading as H. H. Rosinsky & Company, Appellant.**

**No. 11717.**

United States Court of Appeals
Third Circuit.

Argued Jan. 12, 1956.

Decided Jan. 19, 1956.

James L. Price, Philadelphia, Pa., (Richman, Price & Jamieson, Philadelphia, Pa., on the brief), for appellant.

M. Herbert Syme, Philadelphia, Pa., for appellee.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

This was a suit under section 9 of title 9, United States Code, to enforce an award rendered in an arbitration proceeding between the parties. The defendant's motion to dismiss the action was properly denied by the district court upon the authority of Tenney Engineering, Inc., v. United Electrical Radio & Machine Workers of America, 3 Cir., 1953, 207 F.2d 450. Subsequently the district court entered judgment for the plaintiff and the defendant appeals. We have examined the defendant's contentions raised on this appeal and find them to be without merit. They are fully discussed in the opinion of the district court filed by Judge Lord, 134 F.Supp. 607, and

we are in agreement with what is there said. No further discussion of them here is necessary.

The judgment of the district court will be affirmed.

■
**UNITED STATES SUGAR CORPORATION, Appellant,**

v.

**ATLANTIC COAST LINE RAILROAD COMPANY and John W. Martin, as Trustee of the property of the Florida East Coast Railway Company, Appellees.**

**No. 15543.**

United States Court of Appeals
Fifth Circuit.

Feb. 7, 1956.

W. O. Mehrtens, Miami, Fla., Forest P. Tralles, St. Louis, Mo., F. C. Hillyer, Jacksonville, Fla., Herbert S. Sawyer, Miami, Fla., Evans, Mershon, Sawyer, Johnston & Simmons, Miami, Fla., of counsel, for appellant.

Harold B. Wahl, Jacksonville, Fla., Frank G. Kurka, Sol., Wilmington, N. C., Russell L. Frink, Jacksonville, Fla., of counsel, for appellees.

Before BORAH, TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The order of the District Court is affirmed, Atlantic Coast Line Railroad Co. v. United States Sugar Corporation, 5 Cir., 218 F.2d 426.